Sasha Shapiro
UNITED STEELWORKERS LEGAL DEPARTMENT
Five Gateway Center, Room 807
Pittsburgh, PA 15222
Telephone: 412.562.2355
E-mail: SShapiro@usw.org

Karl J. Englund
KARL J. ENGLUND, P.C.
401 North Washington Street
P.O. Box 8358
Missoula, Montana 59807
Telephone:   406.721.2729
Facsimile:   406.728.8878
E-Mail:      KarlJEnglund@aol.com

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| EXXON MOBIL CORPORATION )<br>d/b/a EXXONMOBIL BILLINGS )<br>REFINERY ) <br>  ) <br>  Plaintiff, ) <br>  ) <br>  v. ) <br>  ) <br>UNITED STEEL WORKERS ) <br>LOCAL UNION 11-470, ) <br>  ) <br>  Defendant. ) | Case No. CV- 15-123-SPW-CSO<br><br>**NOTICE OF SETTLEMENT** |

DEFENDANT United Steelworkers Local 11-470 ("Union"), by and through counsel, hereby notifies the Court that it will not pursue attorneys' fees or costs in the above-captioned action.  Pursuant to stipulation and agreement between the parties, the Union has agreed to waive any claim for fees and costs, and Plaintiff ExxonMobil Corporation ("Company") has agreed not to appeal the Court's ruling on the parties' cross-motions for summary judgment.

Dated this 11th day of July, 2016.

*s/Sasha Shapiro*
Sasha Shapiro


/s/Karl J. Englund
Karl J. Englund